# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

Douglas Bersaw                                                              Hon. Joseph N. Laplante
Plaintiff *pro se*

v.                                                                                              1:15-CV-00390-JL

Cavalry Portfolio Services LLC
Defendant

### NOTICE OF DISMISSAL WITH PREJUDICE

NOW COME the Plaintiff, Douglas Bersaw *pro se*, to notify the Court that both parties have agreed to dismiss this case in its entirety. This stipulation of dismissal is made voluntarily and the dismissal is with prejudice and without attorney fees or costs of the action.

/s/ Douglas Bersaw
Plaintiff *pro-se*

139 Tully Brook Road
Richmond, NH 03470
603-239-8827
thebersaws@ihmmedia.net

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the defendant's counsel of record listed below via the Court's CMECF system on this the 11th day of April 2016.

Brady Herman c/o MauriceWutscher LLP

101 Federal Street – Suite1900

Boston, MA 02110

bherman@mauricewutscher.com

1