# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Douglas Bersaw | Hon. Joseph N. Laplante |
| Plaintiff *pro se* | |
| v. | |
| | 1:15-CV-00390-JL |
| Cavalry Portfolio Services LLC | |
| Defendant | |

### NOTICE OF DISMISSAL WITH PREJUDICE

NOW COME the Plaintiff, Douglas Bersaw *pro se*, to notify the Court that both parties have agreed to dismiss this case in its entirety.  This stipulation of dismissal is made voluntarily and the dismissal is with prejudice and without attorney fees or costs of the action.


/s/ Douglas Bersaw                    /s/ Brady Hermann
Plaintiff *pro-se*                    Attorney for the Defendant

139 Tully Brook Road                  MauriceWutscher LLP
Richmond, NH 03470                    101 Federal Street  Suite1900
603-239-8827                          Boston MA 02110
thebersaws@ihmmedia.net               bhermann@mauricewutscher.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the defendant's counsel of record listed below via the Court's CMECF system on this the 11th day of April 2016.

Brady Herman c/o MauriceWutscher LLP

101 Federal Street – Suite1900

Boston, MA 02110

1